

# Fourth Court of Appeals
## San Antonio, Texas

January 18, 2019

No. 04-19-00022-CV

**IN RE CYNTHIA CADWALLADER OCHSE**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:  Patricia O. Alvarez, Justice
     Irene Rios, Justice
     Beth Watkins, Justice

On January 11, 2019, relator filed a petition for writ of mandamus complaining of a ruling made from the bench by the Honorable Renee Yanta. Although relator identified the Honorable Michael Mery as respondent, the correct respondent would have been Judge Yanta. However, Judge Yanta is no longer the presiding judge of the 150th Judicial District Court of Bexar County, Texas. When one named in her official capacity as a party to an original proceeding no longer holds the office, abatement is required to allow that party's successor to "reconsider the original party's decision." *See* TEX. R. APP. P. 7.2(b).

Accordingly, we ORDER the substitution of Judge Monique Diaz as respondent in this original proceeding, *see* TEX. R. APP. P. 7(a), and ABATE the case for 60 days from the date of this order. During the period of abatement, relator shall present to Judge Diaz each issue made the subject of the pending petition for writ of mandamus and obtain a ruling on each.

Relator is further ORDERED to file in this court either an amended petition and appendix or the appropriate motion to dismiss this mandamus proceeding no later than 15 days following Judge Diaz' ruling.

It is so **ORDERED** on January 18, 2019.

---

[1] This proceeding arises out of Cause No. 2018-CI-05727, styled *William W. Ochse, IV and Chloe Ochse Seiler v. William W. Ochse, III Individually and as Trustee of the William W. Ochse, III Family 2008 Trust*, pending in the 37th Judicial District Court, Bexar County. The ruling complained of in this original proceeding was made from the bench by the Honorable Renee Yanta, former presiding judge of the 150th Judicial District Court, Bexar County, Texas.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle,
Clerk of Court